**BRIAN G. WOLF (BAR NO. 135257)**
**ZEV F. RABEN (BAR NO. 297406)**
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
Emails: bwolf@lavelysinger.com
        zraben@lavelysinger.com

Attorneys for Plaintiff
FREEDOM  MAGNET, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FREEDOM MAGNET, LLC, a South Dakota limited liability company, | CASE NO.  2:17-CV-03465 BRO (AJWx) |
| Plaintiff, | **ORDER RE STIPULATION WITHDRAWING NOTICE OF REMOVAL OF CIVIL ACTION AND REMANDING ACTION TO STATE COURT** |
| v. | |
| PERFORMANCE HEALTH SYSTEMS, LLC, a Delaware limited liability company; LEE S. HILLMAN, an individual; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Having reviewed the stipulation of plaintiff Freedom Magnet, LLC ("Plaintiff") and defendants Performance Health Systems, LLC and Lee S. Hillman (collectively "Defendants") withdrawing Defendants' prior Notice of Removal and remanding this action to state court, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Notice of Removal (Dkt. No. 1), filed on May 8, 2017 by Defendants is vacated and withdrawn in light of the parties' agreement that Plaintiff's Complaint is amended to dismiss the Third Claim for Relief against Defendants, without prejudice;

2. This action, in its entirety, is remanded back to the state court from which it was removed, specifically the Superior Court of the State of California for the County of Los Angeles, West Judicial District, Dept. O, Hon. Lisa Hart Cole (Original Case No. SC127323);

3. The parties will bear their own attorneys' fees and costs incurred in connection with the removal and remand of this action; and

4. The court file in this case shall be transferred by the clerk of this Court to the clerk of the aforementioned state court, along with a certified copy of this Order of Remand. The state court may thereupon proceed with this case.

IT IS SO ORDERED.

DATED: May 26, 2017

By: _____

Honorable Beverly R. O'Connell
United States District Court Judge